ROSALIND SELTZER, an Infant, by NATHAN SELTZER, Her Guardian ad Litem, et al., Respondents, *v.* MILES SHOES, INC., Defendant, and MURRAY M. ROSENBERG, INC., Defendant-Appellant.

Supreme Court, Appellate Term, First Department, January 22, 1943.

702·

*Goldfarb & Fleece* for appellant.

*Robert H. Talsky* for respondents.

*Per Curiam.* The testimony by the infant's mother of an admission by defendant's manager several days after the sale was inadmissible. There was no competent evidence of a defect readily observable by one who understood shoes or which might be found by inspection alone.

Judgment reversed and a new trial ordered, with thirty dollars costs to appellant to abide the event.

HAMMER and McLAUGHLIN, JJ., concur; MILLER, J., dissents.